# Third District Court of Appeal
## State of Florida

Opinion filed August 9, 2023.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D23-0228
Lower Tribunal No. F13-6202
_____

**Alex Knight,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Alberto Milian, Judge.

Alex Knight, in proper person.

Ashley Moody, Attorney General, and Linda Katz, Assistant Attorney General, for appellee.

Before FERNANDEZ, HENDON and LOBREE, JJ.

PER CURIAM.

Affirmed. See McFadden v. State, 904 So. 2d 570 (Fla. 4th DCA 2005).